**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| DUANE MIRANDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 0:22-cv-60982-RNS |
| | ) |
| COMPATTIA ROCCIA MANAGEMENT GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, DUANE MIRANDA, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, COMPATTIA ROCCIA MANAGEMENT GROUP, LLC, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, COMPATTIA ROCCIA MANAGEMENT GROUP, LLC, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

June 29, 2022

By: /s/ Shireen Hormozdi Bowman
Shireen Hormozdi Bowman
Florida Bar No. 0882461
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Avenue, Suite 419
Chicago, IL 60640
-and-
HORMOZDI LAW FIRM, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 312-224-4695
Direct: 678-960-9030
Fax: 312-253-4451
shireen@agrusslawfirm.com
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I certify that on June 29, 2022, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi Bowman
Shireen Hormozdi Bowman