United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Duane Miranda, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-60982-Civ-Scola |
| ) | |
| Compattia Roccia Management ) | |
| Group, LLC, Defendant. | |

### Order of Dismissal

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 18.) The Court directs the Clerk to **close** this case and **set aside** the Clerk's default entered on June 23, 2022. (ECF No. 15.) All pending motions are denied as moot.

**Done and ordered** at Miami, Florida, on August 26, 2022.

_____
Robert N. Scola, Jr.
United States District Judge